IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID BOYD, )
    PLAINTIFF, )
VS. ) CV98-H-3131-E
YORK STAMPING, )
    DEFENDANT. )

**ENTERED**
DEC 2 2 1999

## MEMORANDUM OF DECISION

The September 24, 1999 motion of defendant for summary judgment is now under submission. In support of the motion for summary judgment defendant submitted extracts of several depositions, several affidavits and a variety of documents attached to the motion. On October 18, 1999 counsel for plaintiff, perhaps belatedly but clearly commendatory, filed a response to the motion for summary judgment effectively admitting that defendant is entitled to summary judgment in its favor. Having considered the motion and the submissions in connection therewith, the court concludes there is no dispute as to any material fact and that defendant is entitled to summary judgment in its favor. A separate final judgment will be entered.

DONE this 22nd day of December, 1999.

_____
SENIOR UNITED STATES DISTRICT JUDGE